1  Your name: MUSEY, Inc.
2  Address: 601 4TH Street
3  San Francisco, CA 94107
4  Phone Number: 617-335-6451
5  E-mail Address: cmfulton@gmail.com
6  Pro se Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☐ San Francisco ☒ Oakland ☐ San Jose ☐ Eureka

Musey, Inc.

Plaintiff,

vs.

Google, LLC

Defendant.

Case Number: C19-3864

**NOTICE OF VOLUNTARY DISMISSAL OF**
[check one]

☒ THIS ENTIRE CASE

☐ ONLY DEFENDANT [name]

Hon. ~~Susan Y. Soong~~ DMR

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: I am the Plaintiff in this matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), I voluntarily dismiss:

☒ this entire case.

☐ only Defendant [name] _____.

Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Date: July 9TH, 2019  Sign Name: [signature]

Print Name: Christiaan Fulton

NOTICE OF VOLUNTARY DISMISSAL
Case No. _____

[JDC TEMPLATE]

FILED
JUL 15 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

**Justice & Diversity CENTER**
OF THE BAR ASSOCIATION OF SAN FRANCISCO

## CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

\* You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve. \*

1. Case Name: ~~[crossed out]~~ Misey, Inc v. Google, LLC

2. Case Number: C19-3864

3. What documents were served? Civil Request or Subpoena for data
   Notice of Voluntary Dismissal

4. How was the document served? [check one]
   - [ ] Placed in U.S. Mail
   - [x] Hand-delivered
   - [ ] Sent for delivery (e.g., FedEx, UPS)
   - [ ] Sent by fax (if the other party has agreed to accept service by fax)

5. Who did you send the document to? [Write the full name and contact information for each person you sent the document.]

   Demian Ross
   California Civil Process
   service@calcivpro.com
   Ph#: 916-373-9065

6. When were the documents sent? 07/05/19 @ 9:22 am

7. Who served the documents? [Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Signature: [signature]
   Name: Christiaan Fulton
   Address: 601 4TH St, SF, CA 94107
            San Francisco

**CERTIFICATE OF SERVICE** [JDC TEMPLATE Rev. 05/2017]